**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 N. WASHINGTON AVE., P.O. BOX 856
SCRANTON, PA 18501-0856

EDWIN M. KOSIK
JUDGE

TEL. (570) 207-5730
FAX (570) 207-5739

August 23, 2011

TO: ALL COUNSEL OF RECORD

RE: <u>John J. Costello and Margaret Costello v. Government Employees Insurance Company, Civil Action No. 3:09-CV-1246</u>

Dear Counsel:

    We ask counsel to consider and agree, if possible, to the questions which should be presented to the jury in that phase of the trial.

    The defense has offered suggested verdict questions on page 14 of its pre-trial memorandum. However, plaintiff has reserved on this issue.

    It seems that we may be confronted with submitting a question on the plaintiff's reasonable expectation of UIM coverage.

    Any help you can jointly offer would be appreciated.

_____
Edwin M. Kosik
United States District Judge

EMK/jc